MORRIS J. WEISBURD, Respondent, *v.* G. R. KINNEY Co., INC., Appellant.

Supreme Court, Appellate Term, First Department, June 11, 1945.

*Robert M. Post, John B. Griffin* and *Walter M. Post* for appellant.

*George Robert Cohen* for respondent.

MEMORANDUM *Per Curiam.* Upon the proof in this case the contract is legally unenforcible (*International Spangles Corp.* v. *Marrow Mfg. Corp.,* 294 N. Y. 295).

The judgment should be reversed, with $30 costs, and the complaint dismissed on the merits, with costs.

SHIENTAG, MCLAUGHLIN and HECHT, JJ., concur.

Judgment reversed, etc.